

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

ELIZABETH I. FREEDMAN
*Assistant Corporation Counsel*
Phone: 212-356-0836]
efreedma@law.nyc.gov

February 10, 2023

**Via email**

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007
newcases@ca2.uscourts.gov

Re: *Giordani v. U.S. Department of Justice*
Docket No. 22-3223

Dear Ms. Wolfe:

The New York City Law Department respectfully requests that it no longer be identified as counsel for defendant-appellee City of New York on the docket for this appeal. The District Court *sua sponte* dismissed plaintiff's *pro se* complaint as against the City of New York with prejudice, finding plaintiff's claims against the City to be both factually and legally frivolous, as well as time-barred. Since the City of New York was not served with process in this case, it did not appear in the District Court, and the Law Department has not entered an appearance on its behalf.

Thank you for your attention to this matter.

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*
*of the City of New York*
Attorney for City of New York

By: /s/ Elizabeth I. Freedman

Elizabeth I. Freedman
Assistant Corporation Counsel

cc: Alan Giordani
Plaintiff-Appellant *pro se*
82-14 60th Road
Middle Village, New York 11379
**(by U.S. mail)**

Phillip R. DePaul
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
philip.depaul@usdoj.gov
Attorney for U.S. Department of Justice
**(by email)**

Seth LeMaster
Angelo Grasso
Greenfield, Stein & Senior, LLP
600 Third Avenue
New York, New York 10016
agrasso@gss-law.com
slemaster@gss-law.com
Attorneys for Defendant-Appellee Paul Giordani
**(by email)**